Nathan R. Ring, Esq.
Nevada State Bar No. 12078
Monique N. Rodriguez, Esq.
Nevada State Bar No. 16974
**REESE RING VELTO, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
E-mail: Nathan@RRVlawyers.com
      Monique@RRVlawyers.com
*Attorneys for Plaintiff Randi Reed*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDI REED, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GLENN RIEDER, LLC, a Wisconsin limited liability company; GLENN RIEDER INTERMEDIATE HOLDING CORPORATION, a Delaware corporation; SHAMROCK METALS, LLC, a Wisconsin limited liability company; DOE INDIVIDUALS, I-X; ROE CORPORATIONS, I-X,<br><br>Defendants. | Case No. 2:25-cv-01774-GMN-DJA<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

By and through their undersigned counsel, Plaintiff Randi Reed ("Plaintff") and Defendants, Glenn Rieder, LLC, Glenn Rieder Intermediate Holding Corporation, and Shamrock Metals, LLC (collectively, "Defendants"), jointly stipulate and agree to dismissal of this case with prejudice and request that the Court enter an order to dismiss this litigation hereby.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Page 1

Each party is to bear their own fees and costs.

DATED this 6th day of March, 2026.

O'HAGAN MEYER

*/s/ Inku Nam*

Whit Selert, Esq.
Nevada State Bar No. 5492
Inku Nam, Esq.
Nevada State Bar No. 12050
300 S. 4th Street, Ste. 1250
Las Vegas, NV 89101
Telephone: 725-286-2801
WSelert@ohaganmeyer.com
INam@ohaganmeyer.com
*Attorneys for Defendants*

REESE RING VELTO, PLLC

*/s/ Nathan R. Ring*

Nathan R. Ring, Esq.
Nevada State Bar No. 12078
Monique N. Rodriguez, Esq.
Nevada State Bar No. 16974
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750
Nathan@RRVlawyers.com
Monique@RRVlawyers.com
*Attorneys for Plaintiff Randi Reed*

The Court, having read the stipulation of the parties, approved the stipulation for good cause appearing and hereby adopts this stipulation as an order of the Court.

IT IS SO ORDERED that this matter is dismissed with prejudice. The Clerk of Court is kindly directed to close the case.

DATED this __9__ day of __March__ 2026.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2026, a true and correct copy of the foregoing, **JOINT STIPULATION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER** was transmitted to the below individual(s) via email from the Court's CM/ECF E-Service system:

Whit Selert, Esq.
Inku Nam, Esq.
O'HAGAN MEYER
300 S. 4th Street, Ste. 1250
Las Vegas, NV 89101
WSelert@ohaganmeyer.com
INam@ohaganmeyer.com
725-286-2801
*Attorneys for Defendants*

/s/ Michelle Wade
Employee of REESE RING VELTO, PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com

reese
ring
velto
PLLC